# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-10271
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 17, 2013

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DWAYNE CHANCE CHADWICK,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:09-CR-48-1

Before DAVIS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Dwayne Chance
Chadwick has moved for leave to withdraw and has filed a brief in accordance
with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632
F.3d 229 (5th Cir. 2011). Chadwick has not filed a response. We have reviewed
counsel's brief and the relevant portions of the record reflected therein. We
concur with counsel's assessment that the appeal presents no nonfrivolous

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 13-10271

issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.